UTICA,
Aug. 1824.

Cutler
v.
Colver.

</div>

---

<div style="text-align:center">

CUTLER *against* COLVER.

</div>

*After a ft. fa. has been levied, the plaintiff cannot withdraw it, and issue a ca. sa.*

JUDGMENT being against the defendant, who had not put in special bail, the plaintiff issued a *fi. fa.* returnable at the present term, with which the Sheriff called on the defendant, who said he had no personal property to satisfy it, but he had real estate, which he pointed out to the Sheriff. This real estate being heavily encumbered by previous judgments, &c. the plaintiff took back the *fi. fa.* and gave the Sheriff a *ca. sa.* which he executed. The defendant being in prison, a motion was now made for his discharge, and the only question was, whether taking back the *fi. fa.* and issuing a *ca. sa.* was, under the circumstances, regular.

*Curia.* Had there been no effort, on the part of the Sheriff, to execute this *fi. fa.* it would be, at least, questionable whether the plaintiff might not have withdrawn it and taken his *ca. sa.* But here was a virtual levy of the *fi. fa.* after which it could not be withdrawn. Its execution should have been completed.(*a*) The *ca. sa.* must be set aside, on the defendant's stipulating not to bring false imprisonment.

<div style="margin-left:auto">Rule accordingly.</div>

(*a*) Vid. *Sloan* v. *Wattles,* 13 *John.* 158.